IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARTIN SEGUNDO RIOS FERREIRA,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. CIV-25-357-RAW |
| ) | |
| **KRISTI NOEM, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

### ORDER

Before the court is the unopposed motion of the petitioner for change of venue. At the time petitioner filed his habeas petition he was detained at the Cimarron Correctional Facility in Cushing, Oklahoma. After the filing, he was transferred to the Bluebonnet Detention Center in Anson, Texas. Petitioner requests that his petition be transferred.

As Petitioner notes, albeit by citing Fifth Circuit authority, jurisdiction over §2241 petitions only lies the district of confinement. *Al-Pine v. Richerson,* 763 Fed. Appx. 717, 720 (10th Cir.2019). Petitioner also notes there is an exception to this rule. When the government moves a §2241 habeas petitioner after he has properly filed a petition in the correct district, that district court retains jurisdiction. *Pinson v. Berkebile,* 604 Fed. Appx. 649, 653 (10th Cir.2015). Therefore, this court has the authority to rule on the petition.

Nevertheless, the parties are in agreement as to transfer. Transfer of a §2241 petition to another district where jurisdiction is proper is permitted under 28 U.S.C. §1404(a). *See In re Nwanze,* 242 F.3d 521, 526 (3d Cir.2001). That statute permits transfer "to any district or division to which all parties have consented."

The motion requests that venue be changed to the Abilene Division of the Western District of Texas. It appears, however, that Anson, Texas is within Jones County, which is in the Abilene Division of the <u>Northern</u> District of Texas. *See* 28 U.S.C. §124(a)(3). *See also Garibay-Robledo v. Noem,* 2025 WL 2638672, *1 (N.D.Tex.2025).

It is the order of the court that the motion of the petitioner (#4) is hereby granted.

This action is hereby transferred to the Abilene Division of the United States District Court for the Northern District of Texas.

**ORDERED THIS 21st DAY OF OCTOBER, 2025.**

/s/ Ronald A. White

Ronald A. White
United States District Judge
Eastern District of Oklahoma