UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARTIN SEGUNDO RIOS FERREIRA,

    Petitioner,

v.

                                                                    No. 1:25-CV-218-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's combined habeas petition and motion for a temporary restraining order (TRO), declaratory relief, and injunctive relief (Dkt. No. 2). The Court finds good cause to give the respondents 19 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ, motion for a TRO, and claims for declaratory and injunctive relief should not be granted by no later than November 10, 2025. The petitioner may file a reply to the respondents' answer and response to the TRO and claims for relief by no later than November 24, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on October 24, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition, motion for a TRO, and claims for declaratory and injunctive relief (Dkt. No. 2). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the combined petition, motion, and complaint (Dkt. No. 2) and the exhibits in support of the combined petition, motion, and complaint (Dkt. Nos. 2-1 to 2-8) shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on October 23, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 22, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE